GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN 246415)
*BoyajianN@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Defendant Sonos, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SOUNDEXCHANGE, INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>SONOS, INC., a Delaware corporation; and RHAPSODY INTERNATIONAL INC. dba NAPSTER, a Delaware corporation.<br><br>        Defendants. | Case No.: 2:25-cv-05454-HDV-BFM<br><br>**STIPULATION RE: BRIEFING SCHEDULE AS TO DEFENDANT SONOS, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STAY**<br><br>Judge:         Hon. Hernan D. Vera<br>Action Filed:   June 16, 2025 |

ACTIVE 713975285

Defendant Sonos, Inc. ("Sonos") and Plaintiff SoundExchange, Inc. ("SoundExchange") (Sonos and SoundExchange together, the "Parties"), by and through undersigned counsel of record, hereby stipulate to a briefing schedule on Sonos' forthcoming Motion to Dismiss, or in the Alternative, Motion to Stay ("Motion").

WHEREAS, on August 11, 2025, the Parties filed a Stipulation to Extend Sonos' Time to Respond to the Initial Complaint by 15 days, from August 18, 2025 to September 2, 2025 (ECF 14);

WHEREAS, on August 7, 2025, the Honorable Naomi Reice Buchwald in the Southern District of New York issued a Memorandum and Order in the case of *SoundExchange, Inc. vs. Sirius XM Radio Inc.*, 1:24-cv-05491 (S.D.N.Y.) ("*Sirius*") finding that SoundExchange does not have standing under Section 114 of the Copyright Act to litigate royalty disputes (*SoundExchange, Inc. vs. Sirius XM Radio Inc.*, 1:24-cv-05491 (S.D.N.Y.), ECF 86);

WHEREAS, based on the ruling in *Sirius*, Sonos' counsel advised counsel for SoundExchange that it intended to file the Motion based on the threshold issue of SoundExchange's standing to litigate the royalty dispute before this Court;

WHEREAS, SoundExchange advised Sonos' counsel that it contends that the *Sirius* Order was wrongly decided, is not binding on this Court, and SoundExchange intends to appeal the Order to the Court of Appeals for the Second Circuit;

WHEREAS, the Parties have agreed to the following briefing schedule for the Motion:

- Sonos' Opening Brief: September 9, 2025

- SoundExchange's Opposition: October 9, 2025

- Sonos' Reply: October 30, 2025

- Hearing on Motion: November 13, 2025 (subject to the Court's availability)

WHEREAS, the Parties agree that there is good cause for the further extension of time for Sonos to respond to the Complaint, particularly given that the date for Sonos' opening brief (i.e., its initial response to the Complaint), is less than 30 days after its initial response deadline of August 18, 2025. There is further good cause for an extended briefing schedule given the threshold standing issue

//

//

1

involved. The Parties have been diligent in conferring and agreeing on this extended briefing schedule, which will allow the Parties additional time to confer on and brief this dispositive standing issue.

**IT IS SO STIPULATED AND AGREED.**

Dated:  August 19, 2025                              GREENBERG TRAURIG, LLP


                                                     By: */s/ Nina D. Boyajian*
                                                         Nina D. Boyajian
                                                         *Attorneys for Defendant Sonos, Inc.*

Dated:  August 19, 2025                              COBLENTZ PATCH DUFFY AND BASS LLP


                                                     By: */s/ Christopher J. Wiener*
                                                         Christopher J. Wiener
                                                         *Attorneys for Plaintiff SoundExchange, Inc.*


                                   **ECF CERTIFICATION**

        Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Christopher J. Wiener, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.


Dated: August 19, 2025                                */s/ Nina D. Boyajian*
                                                       Nina D. Boyajian

ACTIVE 713975285