UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05454-HDV-BFM x | Date | 10/16/2026 |
| Title | *SoundExchange, Inc. v. Sonos, Inc. et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO STAY (JS-6)**

The Court, having issued an order staying this action until the Second Circuit issues its order in *SoundExchange, Inc. v. Sirius XM Radio, Inc.*, No. 25-2150,

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload and administratively closed until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing the status within 90 days and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action. All dates in this action are hereby VACATED.

**IT IS SO ORDERED**.